UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.**

PLAINTIFF(S)

Case No.
**08 CV 1559**

vs.

**AYALA BROS. CONSTRUCTION CO., INC.**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

DEFENDANT(S)

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Apr 02, 2008**, at **2:15 PM**, I served the above described documents upon **AYALA BROS. CONSTRUCTION ( INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **ZOILA MORAN / MANAGER**, an officer, managing agent or authorized agent of the within named company**.**

Said service was effected at **3600 S ALBANY, CHICAGO, IL 60632.**

**DESCRIPTION:**  Gender: **F**   Race: **HISPANIC**   Age: **22**   Hgt: **5'4"**   Wgt: **155**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Lisa Everett, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**27 N Wacker Dr., Ste 431**
**Chicago, IL 60606**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 3rd day of April, 2008

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC