IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>                    Plaintiffs,<br>v.<br><br>AYALA BROS. CONSTRUCTION CO., INC., an Illinois corporation,<br><br>                    Defendant. | Case No. 08 C 1559<br><br>Judge Holderman |

## NOTICE OF MOTION

To: Ayala Bros. Construction Co., Inc.
    c/o Gerardo Ayala, Registered Agent and President
    3600 S. Albany
    Chicago, IL 60632

      PLEASE TAKE NOTICE that at *9:00 a.m. on Tuesday, May 06, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge James F. Holderman, Room 2541, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Motion for Entry of Default Judgment*, a copy of which is herewith served upon you.

April 25, 2008                                      Laborers Pension Fund, et al.

                                                               By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

      The undersigned certifies that on this 25th day of April 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                                   /s/ Jerrod Olszewski