# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1559 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Laborers Pension Fund et al vs. Ayala Bros. Construction Co., Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for entry of default judgment [10] is granted.  ENTER JUDGMENT ORDER: It is hereby ordered that default judgment is entered in favor of the plaintiffs and against the defendant Ayala Bros. Construction Co., Inc. in the amount of $8,250.57.  Defendant is to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|