IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Case No.  08 C 1559 |
| v. ) ) | Judge Holderman |
| AYALA BROS. CONSTRUCTION CO., INC., ) an Illinois corporation, ) ) | |
| Defendant. ) | |

## JUDGMENT ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, 1and James S. Jorgensen, Administrator of the Funds, for an Entry of Default Judgment in Sum Certain against Defendant Ayala Bros. Construction Co., Inc., due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. Default judgment is hereby entered in favor of the Plaintiffs and against Defendant Ayala Bros. Construction Co., Inc. in the amount of $8,250.57 as follows:

    A. For $2,525.97 in contributions, liquidated damages and interest on the unpaid January, 2008 benefits and dues reports;

   B. For $4,500.00 in bond contributions; and

   C. For $1,224.60 representing attorneys' fees and costs.

 2. Defendant is to pay post-judgment interest on all amounts set forth herein until they are paid to the Funds.

      ENTER:

      _____
      The Honorable James F. Holderman
      United States District Court Chief Judge

Dated: May 6, 2008