UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LABORERS' PENSION FUND AND LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT, ETC., ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>AYALA BROS. CONSTRUCTION CO., INC.<br><br>DEFENDANT(S) | Case No.<br>08 C 1559<br><br><br><br>SERVICE DOCUMENTS:<br>CITATION TO DISCOVER ASSETS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 28, 2008**, at **10:27 AM**, I served the above described documents upon **AYALA BROS. CONSTRUCTION CO., INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **GERARDO AYALA PRESIDENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **3600 S ALBANY, CHICAGO, IL 60632.**

**DESCRIPTION:**   Gender: **M**   Race: **HISPANIC**   Age: **42**   Hgt: **6'1"**   Wgt: **325**   Hair: **BLACK**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Joseph P Russo**, Lic #: **117-001119**
**Judicial Attorney Services, Inc.**
**27 N Wacker Dr., Ste 531**
**Chicago, IL 60606**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 28th day of May, 2008

NOTARY PUBLIC

| CLIENT NAME:<br>Laborers Pension and Welfare Funds*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>38831 |