IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>　　　　　　　　　　Plaintiffs,<br>　v.<br><br>AYALA BROS. CONSTRUCTION CO., INC., an Illinois corporation,<br><br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No.　08 C 1559<br>)<br>)　Judge Holderman<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:　　Ayala Bros. Construction Co., Inc.
　　　　3600 S. Albany
　　　　Chicago, IL 60632

　　　　Robert G. Markoff
　　　　Baker, Miller, Markoff & Krasny, LLC
　　　　20 N. Wacker Drive, 5th Floor
　　　　Chicago, IL 60606

　　　　PLEASE TAKE NOTICE that at *9:00 a.m. on Thursday, July 03, 2008*, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge James F. Holderman, Room 2541, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiff's Motion for Turnover*, a copy of which is herewith served upon you.

June 26, 2008　　　　　　　　　　　　　　　　　　　　Laborers Pension Fund, et al.

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jerrod Olszewski

Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

　　　　The undersigned certifies that on this 26th day of June 2008 he served this notice to the above addressee(s) via U.S. Mail.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jerrod Olszewski