# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1559 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Laborers Pension Fund et al vs. Ayala Bros. Construction Co., Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for turnover [18] is granted. ENTER TURNOVER ORDER: It is ordered that the sum of $1,508.66 being held pursuant to citation by third party citation respondent Banco Popular N.A. be released and turned over to plaintiffs Laborers Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers District Council of Chicago and Vicinity, and James s. Jorgensen, in a check made payable to the "Laborers' Pension Fund."

■ [ For further detail see separate order(s).]     Notices mailed by Judicial staff.

00:03

|  | Courtroom Deputy Initials: | AMM |
|---|---|---|