IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | |
| Plaintiffs, | Case No. 08 C 1559 |
| v. | |
| | Judge Holderman |
| AYALA BROS. CONSTRUCTION CO., INC., | |
| Defendant, | |
| and | |
| BANCO POPULAR N.A., | |
| Third Party Citation Respondent. | |

## TURNOVER ORDER

This matter having come to be heard on Plaintiffs' Motion for Turnover Order, due notice having been given and the parties having an opportunity to be heard, IT IS HEREBY ORDERED:

1. That the sum of $1,508.66 being held pursuant to Citation by Third Party Citation Respondent Banco Popular N.A. be released and turned over to Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, in a check made payable to the "Laborers' Pension Fund."

DATED:   July 3, 2008            ENTERED:


                                 _____
                                 Honorable James F. Holderman
                                 U. S. District Court Judge